UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

OAKLEY                                              Docket Number: 11 CV 7799 (PAC)

      -against-                                 NOTICE OF ASSIGNMENT

HAGRPOTA
------------------------------------------------------

The above-entitled action is:

[ X ] Declined by Hon. COLLEEN MCMAHON (CM)
    As [  ]Related/ [ X ] Similar to case #: 09 CV 9779

[ X ] Assigned to the Hon. PAUL A. CROTTY (PAC)
    [ X ] Designated / [  ] Redesignated  Hon. HENRY B. PITMAN (HBP)
    Magistrate Judge

[  ] Accepted by Hon.           as [  ] Related/ [  ] Similar to case #:
    [  ] Designated   [  ] Redesignated Hon.                ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                Ruby J. Krajick
                                Clerk of Court

Dated: 11/08/2011                          By:    PHYLLIS ADAMIK
                                   Deputy Clerk